UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT C. CHARBONNET,

                 Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.,

                 Defendant.

25-CV-3009 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

      Defendant Whole Foods Market Group Inc. removed this action from the Supreme Court of New York, Westchester County on April 11, 2025. ECF No. 1. By order dated April 23, 2025, this Court scheduled an initial pre-trial conference ("IPTC") for May 22, 2025, and ordered that the parties submit a joint letter and proposed case management plan and scheduling order by May 15, 2025. ECF No. 5 (the "IPTC Order"). No such materials have been filed to date. The IPTC order also required Defendant—as the party who had made an appearance in the case—to serve a copy of the IPTC Order on Plaintiff, and to file proof of service to that effect. IPTC Order at 2. To date, no proof of service has been filed. In addition, it appears that Plaintiff has yet to file a notice of appearance or otherwise appear in this action.

      In light of the foregoing, it is HEREBY ORDERED that Defendant shall file proof of service of the IPTC Order on Plaintiff by no later than **May 19, 2025**, and the parties are directed to submit the required IPTC materials as soon as practicable, and in any event by no later than **May 20, 2025**. Should the parties fail to timely submit these materials, the IPTC will be adjourned *sine die.* Defendant is additionally instructed to serve a copy of this Order on Plaintiff, and to promptly file proof of service thereafter.

Dated:  May 16, 2025
          New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Case 7:25-cv-03009-JGLC   Document 6   Filed 05/16/25   Page 2 of 2